# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Reginald K. Garrison, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00502-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| M. Smith | ) | |
| J. Raguckas | | |
| Richard Graybill, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 6, 2017 Order.

Signed: February 6, 2017

Frank G. Johns, Clerk
United States District Court